Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendant
HOT TOPIC INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOT TOPIC INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01652-JGB-SPx<br><br>**DEFENDANT HOT TOPIC, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Case Assigned to Hon. Jesus G. Bernal Courtroom 1<br><br>Date: December 12, 2022<br>Time: 9:00 a.m.<br>Location: 3470 Twelfth Street<br>Courtroom 1<br>Riverside, CA 92501<br><br>Complaint Filed: September 20, 2022<br>Trial Date: Not Yet Set |

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 12, 2022 at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Jesus G. Bernal in Courtroom 1 of the above-entitled court, located at 3470 Twelfth Street, Riverside, California 92501, Defendant Hot Topic Inc. ("Defendant"), by and through its counsel, will and hereby do respectfully move this Honorable Court, for an Order

dismissing Plaintiff' Class Action Complaint ("Complaint"), and for such other and further relief as the Court deems just and proper.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 4, 2022.

This motion is based upon Rule 12(b)(6) of the Federal Rules of Civil Procedure, this Notice of Motion, the Request for Judicial Notice and exhibits attached, the attached Memorandum of Points and Authorities, the pleadings, documents, and records on file in this action, all other matters judicially noticeable, such further papers as may be filed in connection with this Motion, and on further documentary evidence and oral argument as this Court may allow at the hearing.

Dated: November 11, 2022

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

_E. Crystal Lopez_ (signature)

Joshua Briones
E. Crystal Lopez

*Attorneys for Defendant*
*HOT TOPIC INC.*