Joshua Briones (SBN 205293)
jbriones@mintz.com
E. Crystal Lopez (SBN 296297)
eclopez@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendant
HOT TOPIC INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOT TOPIC INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01652-JGB-SPx<br><br>**DEFENDANT HOT TOPIC INC.'S DEMAND FOR JURY TRIAL**<br><br>Case Assigned to Hon. Jesus G. Bernal Courtroom 1<br><br>Complaint Filed: September 20, 2022<br>Trial Date: Not Yet Set |

Defendant HOT TOPIC INC. ("Defendant") hereby demand a jury trial.

Dated: November 11, 2022

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ E. Crystal Lopez*

Joshua Briones
E. Crystal Lopez

Attorneys for Defendant
HOT TOPIC INC.

- 1 -
DEFENDANT HOT TOPIC INC.'S DEMAND FOR JURY TRIAL