Gabriela Gonzalez-Araiza (SBN: 320693)
gabriela@lehotskykeller.com
Mithun Mansinghani*
mithun@kehotskykeller.com
**LEHOTSKY KELLER LLP**
200 Massachusetts Avenue NW
Washington, DC 20001
(512) 693-8350

*motion for admission pro hac vice forthcoming*

Attorneys for Amicus Curiae the National Retail Federation

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOT TOPIC, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:22-cv-01652-JGB-SPx<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**<br><br><u>Hearing</u><br><br>Date:　　January 23, 2023<br>Time:　　9:00 A.M.<br>Location:　3470 Twelfth Street<br>　　　　　Courtroom 1<br>　　　　　Riverside, CA 92501 |

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF OF THE NATIONAL RETAIL FEDERATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, January 23, or as soon thereafter as the matter may be heard in the George E. Brown, Jr. Federal Building and United States Courthouse, Central District of California, located at 3470 Twelfth Street, Courtroom 1, 2d floor, Riverside, California 92501, movant the National Retail Federation will, and hereby does, move for an order permitting it to file a brief as *amicus curiae* on Defendant's pending Motion to Dismiss (Dkt. #18).

This motion is made under the grounds that this Court has inherent authority and "broad discretion" to allow participation of *amici curiae*. *See Fraihat v. U.S. Immigr. & Customs Enf't*, 445 F. Supp. 3d 709, 720 (C.D. Cal. 2020) (Bernal, J.) (internal marks omitted), *rev'd on other grounds*, 16 F.4th 613 (9th Cir. 2021). This Court "err[s] on the side of permitting such briefs," because they can be "useful to or otherwise desirable to the court," especially where "the amicus has unique information or perspective." *WildEarth Guardians v. Haaland*, 561 F. Supp. 3d 890, 905–06 (C.D. Cal. 2021) (internal marks omitted).

The brief of *amicus curiae* the National Retail Federation ("NRF"), attached herein as Exhibit A, will be helpful to the court because NRF represents the interests of retailers nationwide and can provide the broader perspective of a trade association to cookie-cutter complaints like the one filed by Plaintiff and her attorneys against dozens and dozens of retailers across the country. *See* Def.'s Mem., Dkt. #18, Ex. 6. Moreover, it supports the contentions Defendant makes in its Motion to Dismiss with additional arguments and authority that NRF believes the Court will find informative. Finally, this motion is timely and will not unduly prejudice Plaintiff or the schedule in this case. The motion and accompanying brief was filed less than a week after Defendant's motion to dismiss was filed and well in advance of both the deadline for Plaintiff's opposition and the hearing date on Defendant's motion.

-2-

Prior to filing this motion and on the same day Defendant filed its motion to dismiss (December 2, 2022), the National Retail Federation contacted counsel for each party pursuant to L.R. 7-3 regarding their position on this motion for leave to file an *amicus curiae* brief. Defendant consents to this motion. Plaintiff opposes the motion.

Respectfully submitted,

DATED: December 7, 2022

          **LEHOTSKY KELLER LLP**

          /s/ *Gabriela Gonzalez-Araiza*
          Gabriela Gonzalez-Araiza
          Mithun Mansinghani

          *Counsel for Amicus Curiae*
          *The National Retail Federation*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on December 7, 2022, I electronically filed the foregoing Notice of Motion and Motion for Leave to File *Amicus Curiae* Brief with the United States District Court for the Central District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties.

DATED: December 7, 2022          Respectfully submitted,

                                 /s/ *Gabriela Gonzalez-Araiza*
                                 Gabriela Gonzalez-Araiza