1  Gabriela Gonzalez-Araiza (SBN: 320693)
   gabriela@lehotskykeller.com
2  Mithun Mansinghani*
   mithun@kehotskykeller.com
3  **LEHOTSKY KELLER LLP**
   200 Massachusetts Avenue NW
4  Washington, DC 20001
   (512) 693-8350
5
   **motion for admission pro hac vice forthcoming*
6
7  Attorneys for Amicus Curiae the National Retail Federation

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HOT TOPIC, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 5:22-cv-01652-JGB-SPx<br><br>**ORDER GRANTING LEAVE FOR THE NATIONAL RETAIL FEDERATION TO FILE *AMICUS CURIAE* BRIEF (Dkt. No. 21)** |

ORDER GRANTING LEAVE TO FILE *AMICUS* BRIEF

# ORDER

On December 7, 2022, the National Retail Federation filed a motion for leave to file an *amicus curiae* brief in support of Defendant's motion to dismiss (Dkt. No. 21). For good cause shown, the Court **GRANTS** the motion for leave.

**IT IS SO ORDERED**.

Dated:  February 9, 2023

HON. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

ORDER GRANTING LEAVE TO FILE *AMICUS* BRIEF