PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISHA BYARS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOT TOPIC INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01652-JGB-SP<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Filed: September 20, 2022 |

1   TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice

2   that Plaintiff Arisha Byars ("Plaintiff") respectfully requests dismissal of the instant

3   action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *with*

4   *prejudice* as to the Plaintiff's individual claims, and *without prejudice* as to the putative

5   class.  No class has been certified and there is no concession of class interests in order to

6   resolve Plaintiff's individual claims.

7   Respectfully submitted,

8   Dated:  February 15, 2023          PACIFIC TRIAL ATTORNEYS

9                                      By: */s/ Scott J. Ferrell*

10                                     Scott J. Ferrell
                                       Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.